IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOVEDEEP SINGH, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:25-cv-429 |
| LEONARD ODDO, *Warden, Moshannon Valley ICE Processing Center, et al.*, | ) Judge Stephanie L. Haines |
| Respondents. | ) |

## ORDER

AND NOW, this 18th day of December 2025, because it is unclear whether Respondents have been served in this matter, IT IS HEREBY ORDERED that the date-specific briefing schedule that the Court articulated in its Order at ECF No. 5 is VACATED and substituted for the schedule below.

IT IS FURTHER ORDERED that Petitioner shall effectuate service of the filings at ECF Nos. 1, 3, and 4 upon Respondents **within five (5) days of the date of this Order**.

IT IS FURTHER ORDERED that Respondents shall file and serve a written Response to Petitioner's Motion at ECF No. 3 **within seven (7) days of receipt of service of that document**. Aside from any additional arguments Respondents wish to make, the Response shall specifically address: (1) what statute governs Petitioner's detention and why, as well as (2) if Petitioner is being detained pursuant to 8 U.S.C. § 1225(b)(2), why this Court's decision in *Calzado Diaz v. Noem*, No. 3:25-cv-458, 2025 WL 3628480 (W.D. Pa. Dec. 15, 2025) should not be applied to the instant case.

Petitioner may, but is not required to, file and serve a Reply to any Response submitted by Respondents **within three (3) days of receipt of service of Respondents' Response**. The Court will schedule a hearing as necessary.

BY THE COURT:

STEPHANIE L. HAINES
UNITED STATES DISTRICT JUDGE