IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOVEDEEP SINGH, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | |
| ) | Case No. 3:25-cv-429 |
| LEONARD ODDO, *Warden, Moshannon* ) | Judge Stephanie L. Haines |
| *Valley ICE Processing Center, et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

AND NOW, this 29th day of December 2025, in light of the parties' voluntary consent to have a United States Magistrate Judge conduct any and all further proceedings in this case under 28 U.S.C. § 636(c)(1), ECF Nos. 10, 15, the Honorable Stephanie L. Haines removes herself from this case. IT IS HEREBY ORDERED that the Clerk shall mark Federal Magistrate Judge Christopher B. Brown as assigned to this case and remove the undersigned.

BY THE COURT:

Stephanie L. Haines
United States District Judge

**cc/ecf:**
All counsel of record

1