# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# JOHNSTOWN DIVISION

| | |
|---|---|
| LOVEDEEP SINGH,<br><br>Petitioner,<br><br>vs.<br><br>LEONARD ODDO, in his official capacity as Director of Moshannon Valley Processing Center; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY, and PAMELA BONDI,<br><br>Respondents. | Civil Action No. 3:25-cv-00429<br><br>United States Magistrate Judge Christopher B. Brown |

## ORDER OF COURT

**AND NOW**, this 9th day of January, 2026, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus filed by LOVEKEEP SINGH is **GRANTED** to the extent that it seeks an individualized bond hearing before an immigration judge. The Petition is **DENIED** as to any other relief requested by LOVEKEEP SINGH in his Petition, such as immediate release or that the Government be enjoined from transferring him outside this judicial district pending this litigation.

2. The Government is **DIRECTED** to provide LOVEKEEP SINGH with the statutory process required under 8 U.S.C. § 1226, which includes a bond hearing.

3. The Government shall arrange for an individualized bond hearing to be conducted by an immigration judge by **January 16, 2026.**

4. Counsel for the parties shall file notice of the date and time of the bond hearing on the docket in this matter once the hearing is scheduled.  Counsel further shall notify this Court in writing of the outcome of the individualized bond hearing within seven days of the date of the immigration judge's decision.

5.  The Motion for Temporary Restraining Order, ECF No. 3, is **DENIED** as either unavailing or moot.

**IT IS FURTHER ORDERED**, with no further action being required by the Court at this time, the Clerk of Court shall mark this matter closed.

BY THE COURT:

s/Christopher B. Brown
Christopher B. Brown
United States Magistrate Judge

cc:   All Counsel of Record
      (via ECF electronic notification)